# Exhibit A

CONDUENT

Secure Processing Center
P.O. Box 3826
Suwanee, GA 30024

Postal Endorsement Line
<<Full Name>>
<<Address 1>>
<<Address 2>>
<<Address 3>>
<<City>>, <<State>> <<Zip>>
<<Country>>
***Postal IMB Barcode

<<Date>>

Re: Notice of Data Incident

Dear <<Full Name>>:

On behalf of our clients, Conduent Business Services, LLC ("Conduent") provides third-party printing/mailroom services, document processing services, payment integrity services, and other back-office support services. We are writing to inform you about a recent incident experienced by Conduent that may have involved some of your personal information, which came into our possession due to the services that we provide to <<Client Name>>. While we are unaware of any attempted or actual misuse of any information involved in this incident, we are providing you with information about the incident and steps you can take to protect yourself, should you feel it necessary.

**What Happened?** On January 13, 2025, we discovered that we were the victim of a cyber incident that impacted a limited portion of our network. We immediately secured our networks and initiated an investigation with the assistance of third-party forensic experts. Our investigation determined that an unauthorized third party had access to our environment from October 21, 2024, to January 13, 2025, and obtained some files associated with <<Client Name>>. Given the nature and complexity of the data involved, Conduent has been working diligently with a dedicated review team, including internal and external experts, to conduct a detailed analysis of the affected files to identify the personal information contained therein. We are providing you with this notice upon the recent conclusion of this time-intensive data analysis as your personal information was contained in the affected files.

**What Information Was Involved.** The affected files contained your name and the following: <<Data Elements>>. Presently, we have no evidence or indication of actual or attempted misuse of your personal information.

**What We Are Doing.** Upon discovery of the incident, we safely restored our systems and operations and notified law enforcement. We are also notifying you in case you decide to take further steps to protect your information should you feel it appropriate to do so.

**What You Can Do.** Please review the enclosed "*Steps You Can Take to Help Protect Your Information*" which describes the services we are offering, how to activate them, and provides further details on how to protect yourself. We encourage you to remain vigilant against the potential for identity theft and fraud and to monitor your credit reports for any suspicious activity.

**For More Information.** We sincerely regret any issue this incident may have caused you. If you have additional questions, you may call our dedicated assistance line << Phone Number>> (toll-free), Monday–Friday, from 9:00 a.m. to 9:00 p.m. Eastern Time, or write to us at Attn: Data Incident, 100 Campus Drive, Suite 200, Florham Park, New Jersey 07932.

Sincerely,
Conduent Business Services, LLC